## 37624. EAKIN v. COLLINS et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 8, 1981.

*Daniel F. Bridgers,* for appellant.
*John B. Mangrum, B. J. Roberts,* for appellees.